# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANK OF AMERICA N.A.,<br>　　　　　　Plaintiff,<br>v.<br>GLORIA BERNICE GERMAN, et al.,<br>　　　　　　Defendants. | Case No.: 19cv1310-LAB (MDD)<br>**ORDER OF REMAND** |

Defendant Gloria German removed this unlawful detainer action from state court, but failed to show why the Court had jurisdiction over it. German did not attach a copy of the complaint to her notice of removal, as required. The Court ordered her to show cause why the case should not be remanded. She was to have filed a copy of the complaint in the docket by the close of business on Thursday, July 25, and a supplemental notice of removal alleging the citizenship of all the parties by Monday, July 29. The complaint would likely have shown the value of Plaintiff Bank of America's claim, and under what law its claims arose.

German, however, submitted a response to the Court's order to show cause on July 25, and failed to file a copy of the complaint as ordered. Her response merely alleges that all parties are U.S. citizens. The Court has accepted this for

filing, after striking her birth certificate which she attached as an exhibit, and which was unnecessary.

Federal courts are presumed to lack jurisdiction over a case until the party invoking their jurisdiction—here, German—establishes it. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 377 (1994). Here, German has not done so. The case does not appear to arise under federal law, and even assuming the parties are diverse, the amount in controversy for diversity jurisdiction does not appear to be met. There is no reason to believe the Court has jurisdiction over this case.

This action is therefore **REMANDED** to the Superior Court of California for the County of San Diego. German's incomplete motion to proceed *in forma pauperis* is **DENIED AS MOOT**.

**IT IS SO ORDERED**.

Dated: July 26, 2019

_____
Hon. Larry Alan Burns
Chief United States District Judge